NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
RONALD L. CHENG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6621 / Fax: (702) 388-6418
ronald.cheng@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO RIVERA,<br><br>Defendant, | Case No. 2:17-cr-00256-JCM-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Ronald L. Cheng, Assistant United States Attorney, counsel for plaintiff United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch and Andrew Wong, Assistant Federal Public Defenders, counsel for defendant Pedro Rivera, that the Revocation Hearing currently scheduled on November 21, 2019 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than February 20, 2020.

This Stipulation is entered into for the following reasons:

1. Defense counsel Assistant Federal Public Defender Andrew Wong is currently engaged in trial in *United States v. Williams*, 2:18-cf-00221-MMD-DJA, with trial expected to continue for another two days.

2. On May 28, 2019, this Court continued defendant's supervised release revocation hearing at the request of the parties, to November 21, 2019, to allow continued evaluation of defendant's performance on supervised release (ECF 49). Aside from the Probation Officer's report of a positive drug test on or about July 1, 2019, the Probation Officer has not reported any violations since that time. To allow the Court and Probation Officer a further opportunity to evaluate defendant's performance, the parties agree that a continuance of the scheduled date for three months.

3. The defendant is not in custody and agrees with the need for the continuance.

This is the second request for a continuance of the revocation hearing.

Dated the 20th day of November, 2019.

Respectfully Submitted,

| | |
|---|---|
| RENE L. VALLADARES | NICHOLAS A. TRUTANICH |
| Federal Public Defender | United States Attorney |
| | |
| By  /s/ *Andrew Wong* | By  /s/ *Ronald L. Cheng* |
| ANDREW WONG | RONALD L. CHENG |
| BRANDON JAROCH | Assistant United States Attorney |
| Assistant Federal Public Defenders | |
| | Attorneys for Plaintiff |
| Attorneys for Defendant | United States of America |
| Pedro Rivera | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PEDRO RIVERA,

    Defendant.

Case No. 2:17-cr-00256-JCM-CWH

**ORDER**

The Court, having received, reviewed, and considered the stipulation of the parties to continue revocation hearing (second request),

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, November 21, 2019 at 10:00 a.m., be vacated and continued to February 25, 2020 at the hour of 10 : 00 a.m.

DATED November 20, 2019.

_____
UNITED STATES DISTRICT JUDGE

I, RONALD L. CHENG, hereby certify that I am an employee of the United States Attorney's Office for the District of Nevada and that on this day I served an electronic copy of the above **STIPULATION TO CONTINUE REVOCATION HEARING** on Counsel of Record via Electronic Case Filing (ECF).

Dated this 20th day of November, 2019.

/s/ *Ronald L. Cheng*
RONALD L. CHENG
Assistant United States Attorney