NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
RONALD L. CHENG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6621 / Fax: (702) 388-6418
ronald.cheng@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO RIVERA,<br><br>Defendant. | Case No. 2:17-cr-00256-JCM-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Ronald L. Cheng, Assistant United States Attorney, counsel for plaintiff United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defenders, counsel for defendant Pedro Rivera, that the Revocation Hearing currently scheduled on February 25, 2020 at 10:00 am, be vacated and continued to March 10, 2020, at 10:00 a.m., or a date and time convenient to the Court, but no sooner than March 10, 2020.

This Stipulation is entered into for the following reasons:

1. On May 28, 2019, this Court continued defendant's supervised release revocation hearing at the request of the parties, to November 21, 2019, to allow continued evaluation of defendant's performance on supervised release (ECF 49). The Court then continued the hearing at the request of the parties to February 25, 2020, at 10:00 a.m. (ECF 54). Aside from the Probation Officer's report of a positive drug test on or about July 1, 2019, the Probation Officer has not reported any violations since that time.

2. Defendant is also the subject of supervised release revocation proceedings in case no. 2:14-cr-00124-KJD-CWH. The Court in that matter issued a minute order on February 3, 2020, that continued the supervised release revocation hearing from February 25, 2020 (the same date as the current hearing in this case) to March 10, 2020, at 9:00 a.m. (ECF 79).

3. To allow defendant and counsel to appear in both matters on or about the same date, and so that the Court may have the benefit of the ruling in the continued supervised release hearing in case no. 2:14-cr-00124-KJD-CWH, the parties agree to continue the matter in this case to March 10, 2020, at 10:00 a.m., or such time convenient for the Court, but no earlier than March 10, 2020.

//

//

3. The defendant is not in custody and agrees with the need for the continuance.

This is the third request for a continuance of the revocation hearing.

Dated the 5th day of February, 2020.

Respectfully Submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By  /s/ *Andrew Wong*<br>ANDREW WONG<br>Assistant Federal Public Defender | By  /s/ *Ronald L. Cheng*<br>RONALD L. CHENG<br>Assistant United States Attorney |
| Attorneys for Defendant<br>Pedro Rivera | Attorneys for Plaintiff<br>United States of America |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PEDRO RIVERA,

    Defendant.

Case No. 2:17-cr-00256-JCM-CWH

**ORDER**

    The Court, having received, reviewed, and considered the stipulation of the parties to continue revocation hearing (second request),

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, February 25, 2020 at 10:00 a.m., be vacated and continued to March 10, 2020 at the hour of 10:00 a.m.

    DATED this 6th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE

I, RONALD L. CHENG, hereby certify that I am an employee of the United States Attorney's Office for the District of Nevada and that on this day I served an electronic copy of the above **STIPULATION TO CONTINUE REVOCATION HEARING** on Counsel of Record via Electronic Case Filing (ECF).

Dated this 5th day of February, 2020.

/s/ Ronald L. Cheng
RONALD L. CHENG
Assistant United States Attorney