# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

---

### PETITION FOR WARRANT
### FOR OFFENDER UNDER SUPERVISION

---

Name of Offender: **Pedro Rivera**

Case Number: **2:17CR00256**

Name of Sentencing Judicial Officer: **Honorable Dale A. Kimball**

Date of Original Sentence: **May 12, 2014**

Original Offense: **Possession of Methamphetamine With Intent to Distribute**

Original Sentence: **60 Months prison, followed by 48 Months TSR.**

Date of Prior Revocation: **July 3, 2018**

Revocation Sentence: **6 Months Prison, Concurrent to case 2:14CR124**

Date Supervision Commenced: **December 4, 2018**

Date Jurisdiction Transferred to District of Nevada: **August 17, 2017**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

---

### PETITIONING THE COURT

☒ To issue a warrant.

---

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Substance Abuse Treatment** - **You shall participate in and successfully complete a substance abuse treatment and/or cognitive based life skills program, which will include drug/alcohol testing and/or outpatient counseling, as approved and directed by the probation office. You shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants while participating in substance abuse**

RE: Pedro Rivera

treatment.  Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon your ability to pay.

According to Mr. Rivera's substance abuse counselor, he has not attended any treatment programming since December 26, 2019. On his last day of service, he was informed that he would need to contact this clinician to schedule his next session. Mr. Rivera has not made any attempts to contact his clinician since December 26, 2019. It should be noted that Mr. Rivera was enrolled in bi-weekly substance abuse counseling.

2. **Do Not Unlawfully Use Controlled Substance** - **You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.**

   Rivera tested positive for methamphetamine on July 1, 2019.

   Rivera failed to report for substance abuse testing on the following dates:

   - June 28, 2019
   - July 11, 2019
   - October 14, 2019
   - October 24, 2019
   - November 15, 2019
   - January 3, 2020
   - February 6, 2020
   - February 17, 2020

   On February 19, 2020, Mr. Rivera admitted to the undersigned that he has been using methamphetamine for the past month. According to Mr. Rivera, he last used methamphetamine on February 14, 2020.

3. **No Contact Condition** – **You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person first getting the permission of the probation officer**.

   Mr. Rivera admitted to the undersigned that he has been associating with a female who is actively using illegal controlled substance.

RE: Pedro Rivera

Prob12C
D/NV Form
Rev. March 2017

4. **Work Full Time** - **You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

On February 13, 2020, Mr. Rivera admitted to this officer that he was fired from his job approximately one month ago due to punching his co-worker in the face. Mr. Rivera failed to notify the undersigned of his change in employment status timely.

5. **Follow Instructions Of Probation Officer** - **You must follow the instructions of the probation officer related to the conditions of supervision**.

On February 13, 2020, the undersigned directed Mr. Rivera to come into the United States Probation Office on February 18, 2020, before 12 p.m. Mr. Rivera failed to report to the office. On February 19, 2020, Mr. Rivera was directed to report to the United States Probation Office by 10 a.m. Rivera failed to report to the office.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **February 21, 2020**

Erica Denney
2020.02.21
13:20:25 -08'00'

_____
Erica Denney
US Probation Officer

RE: Pedro Rivera

Prob12C
D/NV Form
Rev. March 2017

Approved:

*[signature: Todd Fredlund for]*   Todd Fredlund
2020.02.21 13:17:46
-08'00'

Joy Gabonia
Supervisory United States Probation Officer

## THE COURT ORDERS

☐    No Action.
☒    The issuance of a warrant.
☐    The issuance of a summons.
☐    Other:

*[signature: James C. Mahan]*
Signature of Judicial Officer

February 24, 2020
Date

RE: Pedro Rivera

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. PEDRO RIVERA, 2:17CR00256

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### February 21, 2020

On May 10, 2019, Rivera admitted to using methamphetamine. Further, Rivera failed pay mandatory penalty assessment fee and failed to submit monthly report forms for 5 months. On May 28, 2019, Rivera appeared before the Court for a revocation hearing and was found in violation. Revocation hearing proceeding were continued until November 21, 2019. Mr. Rivera's revocation hearing was moved to March 10, 2020.

On June 28, 2019, Rivera failed to report for drug testing at Westcare facility. The undersigned contacted Rivera and asked him why he missed his drug test; he did not have a valid explanation for missing the drug test and was directed to report to the U.S. Probation Office on July 1, 2019. On July 1, 2019, Rivera submitted a positive drug test for methamphetamine. Rivera denied having used drugs; however, this specimen was confirmed as positive for methamphetamine. One July 11, 2019, the undersigned informed Rivera that he tested confirmed positive for methamphetamine and he continued to deny use. Rivera then told the undersigned that he was performing oral sex on a female who high on methamphetamine and that is why he tested positive. On July 12, 2019, Rivera failed to report for drug testing at Westcare facility and did not have a valid explanation for missing the drug test. Due to Rivera's non-compliance with drug test, his drug testing monthly amount was increased, and he was placed in weekly substance abuse counseling.

Mr. Rivera appeared to be following his supervised release conditions until approximately one month ago. On February 13, 2020, during a home contact Mr. Rivera admitted to the undersigned that he was fired from his job approximately one month ago due to punching his co-worker in the face. During this contact, the undersigned directed Mr. Rivera to come into the United States Probation Office on February 18, 2020, before 12 p.m. Mr. Rivera failed to report to the office. On February 19, 2020, Mr. Rivera was directed to report to the United States Probation Office by 10 a.m. Rivera failed to report to the office.

On February 19, 2020, during a phone conversation, Mr. Rivera admitted to the undersigned that he has been using methamphetamine for the past month. According to Mr. Rivera, he last used methamphetamine on February 14, 2020.

On February 19, 2020, Mr. Rivera's substance abuse counselor reported to the undersigned that Mr. Rivera has not attended any treatment programming since December 26, 2019. On his last day of service, he was informed that he would need to contact this clinician to schedule his next

**RE: Pedro Rivera**

Prob12C
D/NV Form
Rev. March 2017

session. Mr. Rivera has not made any attempts to contact his clinician since December 26, 2019. It should be noted that Mr. Rivera was enrolled in bi-weekly substance abuse counseling.

Additionally, Mr. Rivera has failed to report for drug testing at Westcare facility on the following dates: October 14, 2019; October 24, 2019; November 15, 2019; January 3, 2020; February 3, 2020; and February 17, 2020.

The United States Probation Office has gone to great lengths in assisting and providing resources to Mr. Rivera, in effort to help him succeed. However, due to Rivera's continued non-compliance and unwillingness to abide by the conditions set forth by the Court, it is respectfully recommended a warrant be issued for his arrest to imitate revocation proceedings.

Respectfully submitted,

Erica Denney
2020.02.21
13:21:01 -08'00'

Erica Denney
US Probation Officer

Approved:

Todd Fredlund For
2020.02.21
13:18:05 -08'00'

Joy Gabonia
Supervisory United States Probation Officer