UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-256 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| PEDRO RIVERA, | |
| Defendant(s). | |

Presently before the court is defendant Pedro Rivera's pro se emergency motion for compassionate release under the First Step Act. (ECF No. 78). Rivera's counsel assigned to him under General Order 2020-06 filed a partial supplement to the motion. (ECF No. 79). Rivera requests compassionate release due to complications from shoulder surgery. (ECF No. 78).

The court invokes its authority under Local Rule 16-1 and sets the following briefing schedule. The government shall file a response, if any, on or before Wednesday, September 2, 2020. Rivera shall file his reply, if any, on or before Wednesday, September 9, 2020.

Accordingly,

IT IS SO ORDERED

DATED August 21, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**